FILED
IN CLERKS OFFICE

2020 AUG 17  AM 11: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Mark C. Christenson,                     v                         Brad Schup,
   plaintiff                                                         respondent

Reference:  -United States District Court Southern District of New York
              Mark Christenson v David Davidson
              August 1, 2020
            -United States District Court District of Columbia
              Mark Christenson v John Donelson
              August 1, 2020

Should it please the court suit for ruling here cover

2

Petition for Ruling

Pray I  United States attorney respondent

Boston marathon bomber case

Defendant

Penalty protest

Stipulating

Reported television story

Dilatory

Counterpoise

I pray thee

Public well being

I pray

Coercion

And

Conspiracy rule

3

### Prayer for Writ of Arrest

That that the court would have respondent, Brad Schup arrested

### Prayer for Entry

I pray have the court clerk record the rulings and writ

I do solemnly swear the aforementioned to be true

Dated this 1 day of August, 2020.

*Mark C. Christenson*
8-7-20

Mark Christenson
11313 19th Av NE
Seattle, WA 98125