UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-11573-RGS

MARK C. CHRISTENSON

v.

DAVID DAVIDSON, et al.

ORDER

October 16, 2020

STEARNS, D.J.

For the reasons stated below, this action is dismissed without prejudice.

On August 17, 2020, *pro se* plaintiff Mark C. Christenson filed a complaint without paying the $400 filing fee or moving to proceed without prepayment of the fee.  On September 23, 2020, the court entered an order (Dkt #3) directing Christenson to pay the filing fee or file a motion for leave to proceed *in forma pauperis*.  The court stated therein that failure to comply with the order within twenty-one days could result in dismissal of the action. The clerk mailed a copy of the order to Christenson at the Seattle, Washington address he had provided.

Christenson has not responded to the September 23, 2020 order, and the time for doing so has expired.[1] Accordingly, this action is DISMISSED without prejudice for failure to pay the filing fee.

**SO ORDERED.**

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

---

[1] On October 2, 2020, the copy of the order that the clerk had sent to Christenson was returned to as undeliverable. (Dkt #4). The clerk sent the order again to Christenson at the same address, but, on October 15, 2020, this mailing was also returned as undeliverable. (Dkt #5). Because Christenson has not provided the clerk with a different address for service, the September 23, 2020 order is deemed delivered and properly served. *See* Local Rule 83.5.5 (D. Mass.).